# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TARA D. WILLIAMS**                                                          **PLAINTIFF**

**v.**                               **Case No. 1:17-cv-00109-KGB**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## ORDER

Before the Court is plaintiff Tara D. Williams' motion to dismiss (Dkt. No. 14). Ms. Williams moves for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant Nancy A. Berryhill, Acting Commissioner, Social Security Administration, has not responded to the motion, and the time to file a response has passed. For good cause shown, the Court grants the motion and dismisses this case without prejudice.

So ordered this 19th day of September, 2018.

                                                                           Kristine G. Baker
                                                                           United States District Judge